# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JAMES JOHNSON**  
**#M28313**  
PLAINTIFF

v.  No. 3:17-cv-8-DPM

**DAVIS GLADY, Chief, Osceola Police Department; HAULT, Detective, CID, Osceola Police Department**  
DEFENDANTS

## ORDER

Motion for leave to proceed *in forma pauperis*, № 18, denied as moot. The Court already granted Johnson IFP status. № 7. Motions to amend and to reopen, № 19 & 20, denied without prejudice. This case is stayed. № 16. Nothing can happen in this case until Johnson's state case is resolved.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

16 May 2017