# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES JOHNSON                                                      PLAINTIFF

v.                            No. 3:17-cv-8-DPM

DAVIS GLADY, Chief, Osceola Police
Department, and HAULT, Detective,
CID, Osceola Police Department                                    DEFENDANTS

## ORDER

Unopposed recommendation, № 31, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Johnson's remaining claims will be dismissed without prejudice for failing to state a claim. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 October 2018