# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

JAMES JOHNSON                                              PLAINTIFF

v.                      No. 3:17-cv-8-DPM

DAVIS GLADY, Chief, Osceola Police
Department;  HAULT, Detective, CID
Osceola Police Department;  and
OSCEOLA POLIC DEPARTMENT                                   DEFENDANTS

## JUDGMENT

Johnson's claims against the Osceola Police Department are dismissed with prejudice. All other claims are dismissed without prejudice.

*[signature]*

D.P. Marshall Jr.
United States District Judge

31 October 2018